UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTHONY FASULO and GAUTUM DESAI,

                      Plaintiffs,

-against-

XTRADE DIGITAL ASSETS, INC., XTRADE
DIGITAL HOLDINGS, ALEXANDER KRAVETS
SERGII GULKO, and JON GIACOBBE

                      Defendants.
-----------------------------------------------------------------X

Index No. 1:19-cv-3741 (PKC)

**NOTICE OF APPEARANCE**

To:    The clerk of court and all parties of record the undersigned counsel are admitted or otherwise authorized to practice in this court and appear in this case as counsel for Defendants XTrade Digital Assets, Inc., XTRADE Digital Holdings, Alexander Kravets, Sergii Gulko, and Jon Giacobbe.

Date:   April 30, 2019

                                        Joel Taylor, Esq.
                                        Stuart Kagen, Esq.
                                        Kagen & Caspersen PLLC
                                        757 Third Avenue, 20th Floor
                                        New York, New York 10017
                                        jtaylor@kagencaspersen.com
                                        skagen@kagencaspersen.com
                                        212-880-2045
                                        *Counsel for Defendants*