UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

ANTHONY FASULO and GAUTAM DESAI,

                      Plaintiffs,    Civil Action No. 19 cv 3741 (pkc)

- against -

XTRADE DIGITAL ASSETS INC.,
XTRADE DIGITAL HOLDINGS,        NOTICE OF APPEARANCE
ALEXANDER KRAVETS,
SERGII GULKO, and
JON GIACOBBE

                      Defendants.

-----------------------------------------------------------------x

To:    The clerk of court and all parties of record the undersigned counsel are admitted or otherwise authorized to practice in this court and appear in this case as counsel for the Plaintiffs Anthony Fasulo and Gautam Desai.

Date:    May 9th, 2019


                                          Zeev Kirsh Esq.
                                          347 West 57th Street 31a
                                          New York, New York 10019
                                          zeev@zeev.org
                                          2125867517
                                          Counsel for the Plaintiffs