UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ANTHONY FASULO and GAUTAM DESAI,

                Plaintiffs,

vs.

XTRADE DIGITAL ASSETS INC., XTRADE DIGITAL
HOLDINGS, ALEXANDER KRAVETS, SERGII
GULKO, and JON GIACOBBE

                Defendants.
-------------------------------------------------------------------------X

Case No. 19-cv-03741 (PKC)

Rule 7.1 Statement

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for X Trade Digital Assets, Inc. and XTrade Digital Holdings, states that neither entity has any parent corporation and that no publicly held corporation owns ten percent or more of either entity.

Dated: New York, New York
       June 5, 2019

                                          KAGEN & CASPERSEN PLLC

                                          By: _____
                                              Joel M. Taylor, Esq.
                                              Stuart Kagen, Esq.
                                              757 Third Avenue, 20th Floor
                                              New York, NY 10017
                                              *Attorneys for Defendants*