**KAGEN & CASPERSEN PLLC**
ATTORNEYS ADMITTED IN NEW YORK, NEW JERSEY AND CALIFORNIA

757 THIRD AVENUE, 20TH FLOOR
NEW YORK, NEW YORK 10017
(212) 880-2045
(646) 304-7879 (FACSIMILE)

June 14, 2019

By ECF Filing
Hon. Judge P. Kevin Castel
United States Courthouse – Courtroom 11D
500 Pearl Street
New York, New York 1007

Re: *Fasulo v. Xtrade Digital Assets, Inc.* (Case No. 19-cv-03741 (PKC))

Dear Judge Castel:

I am counsel to Defendants in the above-referenced action and write to correct a typographical error in the parties' joint letter to the Court dated June 13, 2019. On page 3, under the heading "Defendants' Contemplated Motions (Defendants' Statement)," in item number 2, the letter states that Defendants' time to respond to Plaintiffs' Complaint extends through "July 28, 2019". The correct date is June 28, 2019.

Respectfully,

Joel M. Taylor