UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ANTHONY FASULO,

                        Plaintiff(s),

          - against -

ALEXANDER KRAVETS, et al.,
                      Defendant(s).
-------------------------------------------------------------x

19-cv-3741 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

CASTEL, United States District Judge

       As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

       1.    Defendants promotion letter is due June 28, 2019.

       2.    Plaintiffs may amend to address any arguments in the promotion letter and to delete references to settlement discussions by July 12, 2019.

       SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       June 18, 2019