# KAGEN & CASPERSEN PLLC
ATTORNEYS ADMITTED IN NEW YORK, NEW JERSEY AND CALIFORNIA

757 THIRD AVENUE, 20TH FLOOR
NEW YORK, NEW YORK 10017
(212) 880-2045
(646) 304-7879 (FACSIMILE)

RECEIVED
JUN 27 2019
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

June 27, 2019

By ECF Filing
Hon. Judge P. Kevin Castel
United States Courthouse – Courtroom 11D
500 Pearl Street
New York, New York 1007

Re: *Fasulo v. Xtrade Digital Assets, Inc.* (Case No. 19-cv-03741 (PKC))

Dear Judge Castel:

I am counsel for Defendants in the above-referenced action and write to request that the Court enter the attached proposed Civil Case Management Plan And Scheduling Order. The proposed Order has been executed by counsel for both parties. It was previously submitted to the Court in writing under cover of letter dated June 17, 2019 (Dkt. No. 19) and also in person at a June 18, 2019 initial pretrial conference, per the instructions contained in item 5 of the Court's Initial Pretrial Conference Order, dated April 30, 2019. (Dkt. No. 9). It appears that the proposed Order has not yet been entered by the Court. If that is the case, there is presently no Case Management Plan in place for this case.

Respectfully,

Joel M. Taylor

*[Handwritten annotation:]* A case management plan will be entered after the pleadings are closed. Discovery is now stayed until then.

SO ORDERED.
/s/ P. Kevin Castel USDJ
6-28-19