UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANTHONY FASULO and GAUTAM DESAI,

              Plaintiffs,

   vs.

XTRADE DIGITAL ASSETS INC., XTRADE DIGITAL HOLDINGS, ALEXANDER KRAVETS, SERGII GULKO, and JON GIACOBBE

             Defendants.
------------------------------------------------------------------X

Case No. 19-cv-03741 (PKC)

Oral Argument Requested

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Alexander Kravets, Declaration of Steve McNew, and Declaration of Joel Taylor, Defendants will move before the United States District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an order, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), dismissing Plaintiffs' Second Amended Complaint in its entirely.

Any answering memorandum or opposing affidavits shall be served upon the undersigned by not later than September 23, 2019.

Dated: New York, New York
       August 22, 2019

                              KAGEN & CASPERSEN PLLC

                              By: /s/ Joel M. Taylor_____
                                  Joel M. Taylor, Esq.
                                  757 Third Avenue, 20th Floor
                                  New York, NY  10017
                                  *Attorneys for Plaintiff*