UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ANTHONY FASULO and GAUTAM DESAI

                                 Plaintiffs,               No. 19 cv 3741  (KPC)

        v.

XTRADE DIGITAL ASSETS INC.,
XTRADE DIGITAL HOLDINGS,
ALEXANDER KRAVETS,
SERGII GULKO, and
JON GIACOBBE

                                 Defendants.     X

------------------------------------------------------------

## DECLARATION OF ANTHONY FASULO

I, Anthony Fasulo, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1) I, Anthony Fasulo have purchased for myself a number of Xtrade tokens as per the SAFT referenced in the Plaintiffs Second Amended Complaint and have always been in total ownership of those tokens from the time of purchase of the SAFT through the present and have suffered personal losses on those tokens.

2) The tokens that I have purchased for myself were purchased with my own funds and no one else's.

3) I, Anthony Fasulo am currently the title holder and possessor to all Xtrade tokens purchased according the SAFT(s) attached in the exhibits to Xtrade's Motion to Dismiss.

                             ANTHONY FASULO
                             September 16, 2019      _____

**KIRSH LLC**

Zeev Kirsh Esq.
347 West 57th street 31a
New York, NY 10019
212-586-7517