UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ANTHONY FASULO and GAUTAM DESAI,

                Plaintiffs,

      vs.

Case No. 19-cv-03741 (PKC)

XTRADE DIGITAL ASSETS INC., XTRADE DIGITAL HOLDINGS, ALEXANDER KRAVETS, SERGII GULKO, and JON GIACOBBE

                Defendants.
-----------------------------------------------------------------------X

    I am an attorney with the law firm of Kagen & Caspersen, PLLC, counsel for Defendants in the above-captioned action. I respectfully submit this reply declaration in support of Defendants' motion to dismiss.

    1.    Attached as Exhibit A is true and correct copy of the MVIS CryptoCompare Digital Assets 10 Price Index, for the period October 6, 2016 through October 6, 2019.

    2.    The index is described in Exhibit A as follows: "The MVS CryptoCompare Digial Asset 10 Index is a modified market cap-weighted index which tracks the performance of the 10 largest and most liquid assets."

    3.    Bloomberg cited the MVIS CryptoCompare Digital Asset 10 Price Index in its September 12, 2018 article title "Crypto's 80% Plunge Is Now Worse Than the Dot-Com Crash", stating: "As virtual currencies plumbed new depths on Wednesday, the MVIS CryptoCompare Digital Assets 10 Index extended its collapse from a January high to 80 percent."

Dated: New York, New York
       October 7, 2019

                                                  By: ____/s/____ Joel Taylor_____
                                                            Joel Taylor