# EXHIBIT A



# MVIS CryptoCompare Digital Assets 10 Index

The MVIS CryptoCompare Digital Assets 10 Index is a modified market cap-weighted index which tracks the performance of the 10 largest and most liquid digital assets. Most demanding size and liquidity screenings are applied to potential index components to ensure investability.

## Key Features

**Size and Liquidity Requirements**
Top 10 components of MVIS CryptoCompare Digital Assets 100 Index by size and liquidity.
Monthly average-daily-trading volume of at least 1 mln USD at review.

**Diversification**
Component weightings are capped at 30%.

**Review**
Monthly.

☑ **MVDA10**

| | |
|---|---|
| Last Close: | 2,775.88 |
| Open: | 2,775.88 |
| Last: | 2,890.51 |
| Change: | 4.13% |
| Change (3Y): | 1,864.67% |
| Range (3Y): | 115.87 - 14,033.24 |

3Y    ☑ Normalise



— MVIS CryptoCompare Digital Assets 10 Price Index 2,775.88
10/06/2016 - 10/06/2019 (BST, 3 years, 1 day)