UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANTHONY FASULO and GAUTAM DESAI,

                Plaintiffs,                          Case No. 19-cv-03741 (PKC)

vs.

XTRADE DIGITAL ASSETS INC., XTRADE DIGITAL
HOLDINGS, ALEXANDER KRAVETS, SERGII
GULKO, and JON GIACOBBE

                Defendants.
-------------------------------------------------------------------X

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND ORDERED**, by and between Plaintiffs Anthony Fasulo and Gautam Desai, on the one hand, and Defendants XTrade Digital Assets Inc., XTrade Digital Holdigns, Alexander Kravets, Sergii Gulko, and Jon Giacobbe, on the other, by and through their respective undersigned counsel, as follows:

1. This case having been resolved upon the agreement of Plaintiffs to voluntarily dismiss with prejudice their claims against Defendants, it is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii).

2. Defendants pending motion to dismiss is withdrawn as moot.

3. Each party is to bear its own costs and attorneys' fees.

Dated: New York, New York
        March 13 , 2020

| KIRSH, LLC | KAGEN & CASPERSEN PLLC |
|---|---|
| By:  | By: *[signature]* |
| Zeev Kirsh, Esq.<br>347 West 57th Street, 31a<br>New York, NY 10019<br>Tel: 212-586-7517<br>zeev@zeev.org<br>*Attorney for Plaintiffs* | Joel M. Taylor, Esq.<br>757 Third Avenue, 20th Floor<br>New York, NY 10017<br>Tel: 212-880-2045<br>jtaylor@kagencaspersen.com<br>*Attorneys for Defendants* |

SO ORDERED: _____

                Hon. P. Kevin Castel